IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SERAFIN SOLIS,
    Plaintiff,

vs.                                                     CASE NO.: 3:09cv379/LAC/MD

WALTER A. MCNEIL, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon a complaint for violation of civil rights filed September 1, 2009 by plaintiff (doc. 1). Plaintiff has now filed a motion to dismiss (doc. 12) asking for dismissal of his civil rights complaint.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 12) be granted, that this case be dismissed without prejudice, and the clerk be directed to close the file.

At Pensacola, Florida, this 26th day of January, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).